IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. G-15-MJ-18 (3) |
| § | |
| DOMINIQUE WARNER § | |

### ORDER OF DETENTION

On April 30, 2015, this Court conducted a combined Preliminary and Detention Hearing in the above-styled and numbered cause; the Government moved for the detention of the Defendant, **Dominique Warner**. The Government offered the testimony of F.B.I Agent Richard Rennison; **Warner** offered the testimony of his mother, Rhonda Goodlow. The Court also made the Pretrial Services report, which recommended detention, a part of the record. Having now considered all of the evidence the Court issues the following findings of facts and conclusions of law.

The Court **FINDS** that there is probable cause to believe that **Warner** was substantially involved in a conspiracy to commit sex trafficking of juvenile girls through prostitution in violation of 18 U.S.C. §§1591 and 1594(c).

The Court further **FINDS**, in accordance with the Bail Reform Act, 18 U.S.C. §3142(f), that the following facts are established by clear and convincing evidence and require the detention of the **Dominique Warner** pending trial in this case:

1. That by virtue of the probable cause finding a rebuttable presumption was created in favor of **Warner's** detention, 18 U.S.C. § 3142(e)(3)(E);

2. that the strength of the Government's case against **Warner** is substantial given the minor victims' statements that Warner rented rooms at hotels and drove them to and from those hotels for their sexual encounters; that **Warner** was an "associate" of co-Defendant Fulton, the leader of the conspiracy who is also a well-known drug dealer in Galveston; that after learning of the warrant for his arrest Warner was stopped by a constable in Houston and arrested for, *inter alia*, lying about his identity; and that Warner stated to an FBI agent that he sold "crack" for a living during the drive to Galveston County following his arrest at the Harris County Jail;

3. that prior to his arrest on this charge Warner, only a 23 year old man, had amassed an extensive criminal past including robbery and burglary charges as a juvenile; a felony conviction for possession of a controlled substance which resulted in a six month prison sentence following the revocation of his original sentence of deferred adjudication; six misdemeanor convictions including three offenses involving contact with law enforcement officials and two involving drug possession; and separate pending cases for drug possession and DWI for which he was on bond during his participation in the instant conspiracy;

4. that the testimony of Warner's mother offering him a place to live and her support if he were to be released did not rebut the presumption created by 18 U.S.C. §3142(e)(3)(E);

5. that by virtue of the foregoing findings **Warner** would constitute a danger to the community if released; and

6. that the credible evidence and information submitted establishes by clear and convincing evidence that there is no condition or combination of conditions which could be imposed upon **Warner** by this Court to reasonably assure his appearance as required and the safety of any other person and the community if he were released.

It is, therefore, **ORDERED** that **Dominique Warner** be, and he is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

It is further **ORDERED** that **Dominique Warner SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver **Dominique Warner** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Galveston, Texas this ____1st____ day of May, 2015.

_____
John R. Froeschner
United States Magistrate Judge